United States District Court for the Second (2nd) Circuit

Tyrone Hurt
(re: Haines v. Kerner, 1972)
317 Kentucky Ave. S.E.
Wash. D.C., 20003
(202) 398 690-0251 | Civil Action No.

Plaintiff

and

U.S. Constitution (1688)(1776)
(re: Haines v. Kerner, 1972)

Defendants,

and

The American Colleges (1688)(1776)

and

American Civil Liberties Union
of Washington, D.C., and affiliates,
across this nation

and

N.A.A.C.P. (1909) and affiliates, across
this nation
4805 Cleo Hope Drive,
Baltimore, Md.,
21515

RECEIVED
SDNY PRO SE OFFICE
2022 MAY 26 PM 2:27

RECEIVED
2022 MAY 26 PM 2:27

United States to America, et al.
(see: Bivens (u) Six (6) Unknown
Narcotics' Agents - (1972)

United States to America

(2)

United States to America, et. al.,
(re: Bivens vs. Six (6) Unknown
Narcotics' Agents - (1971))

v.

United States to America,

## Complaint

1. Jurisdiction to this Honorable (not) is pursuant to Title 42, Section 1983, U.S.C., Title 28, Section 1331, U.S.C., Title 28, Section 1331 & 1332, U.S.C., Title 28, Section 1915, U.S.C.

2. The amount in controversy exceeds $75,000.00 Dollars exclusive to interest and costs.

3. I demand a trial by a Jury on all the issues in action.

4. I am a citizen to the D.C. and to the U.S.A.

### Statement to the Facts to the Case
### Memorandum to Law

1. The Plaintiff respectfully states that to this Honorable (not) to (re) the granted judgment to the U.S. District (1688-[LTS]) and to (re) Administration Order and Unit Order, inasmuch, as in the month to February, 2022, with their illegal, bomb threats, held to Pete Dickinson —

(2)

See: Bivens vs. Six (6) Unknown Narcotic's Agents (1972) (where individual claims against Black Universities) (whether against organizations or otherwise) in violation to the U.N. Constitution (1688) (1775) and in violation to human rights — where, in essence, this action is to show, therefore, to this Honorable Court to: "Make Examine" ICJ (1946) begins aggression and crimes against humanity — (See: IPC (1946) (Hague, Netherlands).

<u>Motion to proceed In Forma Pauperis, pursuant to Title 28, Section 1915, U.N.C.</u>

Comes now, Tyrone Herb, the Plaintiff, and respectfully moves the Honorable U.S. District Court for the Second (2nd) Cir., for leave to proceed <u>In Forma Pauperis</u>, pursuant to Title 28, Section 1915, U.N.C., for the following reasons:

1. The Plaintiff respectfully states that he will to say poverty, that I am unable to pre-pay the said costs or fees for the filing to the foregoing complaints, and that said Plaintiff to be a Numen and permitted to proceed <u>In Forma Pauperis</u>, pursuant to Title 28, Section 1915, U.N.C.

<u>Memorandum of Law</u>

1. See: U.N. Constitution (1688) (1775).
See: The end to slavery act to 2021.

(4)

See: Title 28, Section 1915, U.S.C.
See: The American College Dictionary.
See: Blacks' Law dictionary (2009).

### Relief

1. The Plaintiff seeks, in an immediate, urgency, to paid deployment $10,000 fell security to the U.S. National Guard, N, to; To protect and serve (1861-1930) N, in accordance to the U.S. constitution, (1688) (1775) and N, in accordance to humanitarian stretch. The Plaintiff seeks one (1) million dollars in punitive and monetary damages against said Defendants, et al.

Affidavit to Poverty,
pursuant to Title 28,
Section 1915, U.S.C.

I, Tyrone Heth, the Plaintiff, and respectfully states that, because of my poverty, that I am unable to pre-pay the $400 court fees for the filing of the foregoing complaint, that I am unable to give security for the same, that I believe that I am entitled to the redress that I seek, etc.

(5)

Certification to Service

I, Tyrone Hutchke Plaintiff, am respectfully stating that I have upon this 4th. day of April, 22, have sent the foregoing complaint to the US District Ct. for the Pecos (Md.) City, to make service upon the Att'y for the defendants et.al.

Respectfully submitted,

Tyrone Hit
(Plaintiff, pro-se)
Haines v. Kerner (1972)

Attn: Donnell Dan Anthony D. Romero
Executive Director
American Civil Liberties Union
125 Broad Street
18th. Floor
New York, N.Y.
10004-2400